Jennings *v.* Shriver.—In error.

THE holder of a note for payment of money, is not obliged to receive a payment on it from the maker, of part of the amount due.

In a suit against *A.* on a joint and several note of *A.* and *B.*, the defendant cannot set off a debt due by the plaintiff to *B.* And even if the suit should be against *A.* and *B.* on the note, a debt due by the plaintiff to *B.* would not, for the want of mutuality, be a legal matter of set-off.